THE HONORABLE RICARDO MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY, a Delaware Corporation,<br><br>    Plaintiff,<br>v.<br><br>EVOLUTION SIDE, LLC, a Washington limited liability company; LAER ENTERPRISES, INC., a Washington corporation; KENTON SCHUMACHER, a Washington resident; MADALYN HORN, a Washington resident; JENNIFER LALLY, a Washington resident; BRANDON & MICHELLE CONNOR, Washington residents; MIKE NETTEKOVEN, a Washington resident; NOAH MANN, a Washington resident; STACEY MCGRATH, a Washington resident; JENNIFER ELLSWORTH-BOESL, a Washington resident; STORM WENDT, a Washington resident; DAVID BALDWIN, a Washington resident; TROY RUNNER, a Washington resident; TRAVIS REANO, a Washington resident; DEREK TULLUCK, a Washington resident; RHONDA & JEFF SAWYER, Washington residents; JENNIFER BROADBENT, a Washington resident; ALI JONES & JULIO VALDEZ, Washington residents; JOHN KENNEDY, a Washington resident; ALEX CORRAL & KELSIE TROTIGNON, a Washington resident; | No. 2:23-cv-00365-RSM<br><br>**ORDER GRANTING STIPULATED MOTION FOR STAY OF REMAINING CLAIMS OF PLAINTIFF ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY AND DEFENDANT LAER ENTERPRISES, INC.**<br><br>NOTE ON MOTION CALENDAR: June 16, 2023 |

ORDER GRANTING STIPULATED MOTION FOR STAY OF REMAINING CLAIMS OF PLAINTIFF ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY AND DEFENDANT LAER ENTERPRISES, INC. - 1

MURPHY ARMSTRONG & FELTON LLP
719 Second Avenue
Suite 701
Seattle, WA 98104
T/206-985-9770  F/206-985-9790

| | | |
|---|---|---|
| 1 | CYNTHIA & JOSHUA BAUER, Washington residents; RICKY & MADISON HALL, | ) ) |
| 2 | Washington residents; LARRY PAGUE, a Washington resident; JULIE ACHESON, a | ) ) |
| 3 | Washington resident; JENNIFER WHITE, a Washington resident; STEPHEN HANNAN, a | ) ) |
| 4 | Washington resident; ANNIE NAHON, a Washington resident; TEMASWATI | ) ) |
| 5 | JOHNSTON, a Washington resident; AMIR MOUSAVI, a Washington resident; TYLER | ) ) |
| 6 | GOLD, a Washington resident; NOEL TEVES, a Washington resident; TERESA | ) ) |
| 7 | RODMAN, a Washington resident; IVAN NGAUAMO, a Washington resident; | ) ) |
| 8 | ANDREW & DIANE MORTAGNE, Washington residents; BRIAN HELLESTO, a | ) ) |
| 9 | Washington resident; VERNON BRANCO, a Washington resident; LAUREN BICKFORD, | ) ) |
| 10 | a Washington resident, JOSHUA & JOHANNA SUMMERS, Washington | ) ) |
| 11 | residents; RON BOCCA, a Washington resident; JOSHUA DOERING, a Washington | ) ) |
| 12 | resident; KELLY ROBINSON, a Washington resident; KEN CUNNINGHAM, a | ) ) |
| 13 | Washington resident; PATRICK BROOKE, a Washington resident; NATE MOWRY, a | ) ) |
| 14 | Washington resident; TREVOR ANDERSON, a Washington resident; DEBRA SILVER, a | ) ) |
| 15 | Washington resident; TODD GRIFFEN, a Washington resident; RONDA BOYD, a | ) ) |
| 16 | Washington resident; GARY MAGREEHAN, a Washington resident; KRISTEN & ALEX | ) ) |
| 17 | HALL, Washington residents; CALEB HARRIS, a Washington resident; KIERAN | ) ) |
| 18 | HUNT, a Washington resident; LINDSEY CALDERWOOD, a Washington resident; | ) ) |
| 19 | CATHY KOMBOL, a Washington resident; REBEKAH ENGEBO, a Washington resident; | ) ) |
| 20 | GABRIELLA MANCILLA, a Washington resident; BRIAN & ANISSA REGO, | ) ) |
| 21 | Washington residents; KATIE MIKESELL, a Washington resident; TROY SALISBURY & | ) ) |
| 22 | JESSICA MATIAS, Washington residents; GREG & TIFFANY HOPKINS, Washington | ) ) |
| 23 | residents; RENE LOPEZ RIVERA, a Washington resident; ETHAN | ) ) |
| 24 | SCHIERENBECK, a Washington resident; JUDY PRENOVOST, a Washington resident; | ) ) |
| 25 | ALYSSA MERCER, a Washington resident; SETH & CASSIE POHLMAN, Washington | ) ) |
| 26 | residents; SHELLY VEAZEY, a Washington resident; TANYA EVANS, a Washington | ) ) |

ORDER GRANTING STIPULATED MOTION FOR STAY OF REMAINING
CLAIMS OF PLAINTIFF ENDURANCE AMERICAN SPECIALTY INSURANCE
COMPANY AND DEFENDANT LAER ENTERPRISES, INC. - 2

MURPHY ARMSTRONG & FELTON LLP
719 Second Avenue
Suite 701
Seattle, WA 98104

T/206-985-9770  F/206-985-9790

| | |
|---|---|
| resident; ADAM POHLMAN, a Washington resident; ARDEN BARDEN, a Washington resident; IRIS PALLER-MILNE, a Washington resident; JEFF & KATHERINE POTASKY, Washington residents; RYAN HILDEBRAND, a Washington resident; MIKE & SANDY O'HARA, Washington residents; ANTONIO GENSON, a Washington resident, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER

Plaintiff Endurance American Specialty Insurance Company ("Endurance") and Defendant/Counterclaimant Laer Enterprises, Inc. ("Laer") have stipulated to and requested a stay of the remaining insurance coverage claims of the moving parties until the conclusion of the Underlying Lawsuit.[1]

The Court has reviewed the submission of the parties and finds that good cause exists to enter this order. It is hereby ORDERED that this matter is stayed pending the conclusion of the Underlying Lawsuit. This stay shall not restrict Endurance from seeking entry of a judgment against the defaulted parties. Endurance is authorized to present to the Court a motion for entry of default judgment against the defaulted parties.

Endurance and Laer shall advise the Court of the status of the Underlying Lawsuit every 60 days until those proceedings are concluded.

DATED this 21st day of June, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

---

[1] Schumacher et al. v. LGI Homes – Washington, LLC et al, King County Superior Court Cause number 21-2-10435-1-SEA and a related arbitration proceeding currently pending before the American Arbitration Association.

ORDER GRANTING STIPULATED MOTION FOR STAY OF REMAINING CLAIMS OF PLAINTIFF ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY AND DEFENDANT LAER ENTERPRISES, INC. - 3

MURPHY ARMSTRONG & FELTON LLP
719 Second Avenue
Suite 701
Seattle, WA 98104
T/206-985-9770  F/206-985-9790