THE HONORABLE RICARDO MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY, a Delaware Corporation,<br><br>Plaintiff,<br>v.<br><br>EVOLUTION SIDE, LLC, a Washington limited liability company; LAER ENTERPRISES, INC., a Washington corporation; KENTON SCHUMACHER, a Washington resident; MADALYN HORN, a Washington resident; JENNIFER LALLY, a Washington resident; BRANDON & MICHELLE CONNOR, Washington residents; MIKE NETTEKOVEN, a Washington resident; NOAH MANN, a Washington resident; STACEY MCGRATH, a Washington resident; JENNIFER ELLSWORTH-BOESL, a Washington resident; STORM WENDT, a Washington resident; DAVID BALDWIN, a Washington resident; TROY RUNNER, a Washington resident; TRAVIS REANO, a Washington resident; DEREK TULLUCK, a Washington resident; RHONDA & JEFF SAWYER, Washington residents; JENNIFER BROADBENT, a Washington resident; ALI JONES & JULIO VALDEZ, Washington residents; JOHN KENNEDY, a Washington resident; ALEX CORRAL & KELSIE TROTIGNON, a Washington resident; | No. 2:23-cv-00365-RSM<br><br>**DECLARATORY JUDGMENT AGAINST HOMEOWNER DEFENDANTS**<br><br>NOTE ON MOTION CALENDAR: September 11, 2023 |

DECLARATORY JUDGMENT AGAINST HOMEOWNER DEFENDANTS - 1

MURPHY ARMSTRONG & FELTON LLP
719 Second Avenue
Suite 701
Seattle, WA 98104
T/206-985-9770  F/206-985-9790

| | | |
|---|---|---|
| 1 | CYNTHIA & JOSHUA BAUER, Washington residents; RICKY & MADISON HALL, | ) ) |
| 2 | Washington residents; LARRY PAGUE, a Washington resident; JULIE ACHESON, a | ) ) |
| 3 | Washington resident; JENNIFER WHITE, a Washington resident; STEPHEN HANNAN, a | ) ) |
| 4 | Washington resident; ANNIE NAHON, a Washington resident; TEMASWATI | ) ) |
| 5 | JOHNSTON, a Washington resident; AMIR MOUSAVI, a Washington resident; TYLER | ) ) |
| 6 | GOLD, a Washington resident; NOEL TEVES, a Washington resident; TERESA | ) ) |
| 7 | RODMAN, a Washington resident; IVAN NGAUAMO, a Washington resident; | ) ) |
| 8 | ANDREW & DIANE MORTAGNE, Washington residents; BRIAN HELLESTO, a | ) ) |
| 9 | Washington resident; VERNON BRANCO, a Washington resident; LAUREN BICKFORD, | ) ) |
| 10 | a Washington resident, JOSHUA & JOHANNA SUMMERS, Washington | ) ) |
| 11 | residents; RON BOCCA, a Washington resident; JOSHUA DOERING, a Washington | ) ) |
| 12 | resident; KELLY ROBINSON, a Washington resident; KEN CUNNINGHAM, a | ) ) |
| 13 | Washington resident; PATRICK BROOKE, a Washington resident; NATE MOWRY, a | ) ) |
| 14 | Washington resident; TREVOR ANDERSON, a Washington resident; DEBRA SILVER, a | ) ) |
| 15 | Washington resident; TODD GRIFFEN, a Washington resident; RONDA BOYD, a | ) ) |
| 16 | Washington resident; GARY MAGREEHAN, a Washington resident; KRISTEN & ALEX | ) ) |
| 17 | HALL, Washington residents; CALEB HARRIS, a Washington resident; KIERAN | ) ) |
| 18 | HUNT, a Washington resident; LINDSEY CALDERWOOD, a Washington resident; | ) ) |
| 19 | CATHY KOMBOL, a Washington resident; REBEKAH ENGEBO, a Washington resident; | ) ) |
| 20 | GABRIELLA MANCILLA, a Washington resident; BRIAN & ANISSA REGO, | ) ) |
| 21 | Washington residents; KATIE MIKESELL, a Washington resident; TROY SALISBURY & | ) ) |
| 22 | JESSICA MATIAS, Washington residents; GREG & TIFFANY HOPKINS, Washington | ) ) |
| 23 | residents; RENE LOPEZ RIVERA, a Washington resident; ETHAN | ) ) |
| 24 | SCHIERENBECK, a Washington resident; JUDY PRENOVOST, a Washington resident; | ) ) |
| 25 | ALYSSA MERCER, a Washington resident; SETH & CASSIE POHLMAN, Washington | ) ) |
| 26 | residents; SHELLY VEAZEY, a Washington resident; TANYA EVANS, a Washington | ) ) |

DECLARATORY JUDGMENT AGAINST HOMEOWNER DEFENDANTS - 2

MURPHY ARMSTRONG & FELTON LLP
719 Second Avenue
Suite 701
Seattle, WA 98104
T/206-985-9770  F/206-985-9790

resident; ADAM POHLMAN, a Washington )
resident; ARDEN BARDEN, a Washington )
resident; IRIS PALLER -MILNE, a )
Washington resident; JEFF & KATHERINE )
POTASKY, Washington residents; RYAN )
HILDEBRAND, a Washington resident; )
MIKE & SANDY O'HARA, Washington )
residents; ANTONIO GENSON, a )
Washington resident, )
   )
                              Defendants. )

This matter came before the Court on Plaintiff Endurance American Specialty Insurance Company's ("Endurance") Motion for Default Judgment against Homeowner Defendants.[1]

This Court, having considered the motion and supporting declaration, GRANTS the Motion and enters Declaratory Judgment against Homeowner Defendants as follows:

The Homeowner Defendants are bound by the Declaratory Judgment entered by this Court on August 9, 2023 (Dkt. 27) finding that Evolution Side, LLC is not entitled to insurance coverage pursuant to the terms and conditions of the policies of insurance issued by Endurance (policy numbers CBF10000178700 (policy period August 7, 2017 through August 7, 2018) and CBF10000178701 (policy period August 7, 2018 through August 7, 2019)) with respect to

---

[1] The "Homeowner Defendants" are KENTON SCHUMACHER; MADALYN HORN; JENNIFER LALLY; BRANDON & MICHELLE CONNOR; MIKE NETTEKOVEN; NOAH MANN; STACEY MCGRATH; JENNIFER ELLSWORTH-BOESL; STORM WENDT; DAVID BALDWIN; TROY RUNNER; TRAVIS REANO; DEREK TULLUCK; RHONDA & JEFF SAWYER; JENNIFER BROADBENT; ALI JONES & JULIO VALDEZ; JOHN KENNEDY; ALEX CORRAL & KELSIE TROTIGNON; CYNTHIA & JOSHUA BAUER; RICKY & MADISON HALL; LARRY PAGUE; JULIE ACHESON; JENNIFER WHITE; STEPHEN HANNAN; ANNIE NAHON; TEMASWATI JOHNSTON; AMIR MOUSAVI; TYLER GOLD; NOEL TEVES; TERESA RODMAN; IVAN NGAUAMO; ANDREW & DIANE MORTAGNE; BRIAN HELLESTO; VERNON BRANCO; LAUREN BICKFORD; JOSHUA & JOHANNA SUMMERS; RON BOCCA; JOSHUA DOERING; KELLY ROBINSON; KEN CUNNINGHAM; PATRICK BROOKE; NATE MOWRY; TREVOR ANDERSON; DEBRA SILVER; TODD GRIFFEN; RONDA BOYD; GARY MAGREEHAN; KRISTEN & ALEX HALL; CALEB HARRIS; KIERAN HUNT; LINDSEY CALDERWOOD; CATHY KOMBOL; REBEKAH ENGEBO; GABRIELLA MANCILLA; BRIAN & ANISSA REGO; KATIE MIKESELL; TROY SALISBURY & JESSICA MATIAS; GREG & TIFFANY HOPKINS; RENE LOPEZ RIVERA; ETHAN SCHIERENBECK; JUDY PRENOVOST; ALYSSA MERCER; SETH & CASSIE POHLMAN; SHELLY VEAZEY; TANYA EVANS; ADAM POHLMAN; ARDEN BARDEN; IRIS PALLER-MILNE; JEFF & KATHERINE POTASKY; RYAN HILDEBRAND; MIKE & SANDY O'HARA; and ANTONIO GENSON.

DECLARATORY JUDGMENT AGAINST HOMEOWNER DEFENDANTS - 3

MURPHY ARMSTRONG & FELTON LLP
719 Second Avenue
Suite 701
Seattle, WA 98104
T/206-985-9770  F/206-985-9790

any and all claims for damages asserted against Evolution Side and/or arising out of the Suntop Farms Project which were or could have been raised in the matter captioned *Schumacher et al. v. LGI Homes – Washington, LLC et al.,* King County Superior Court Cause No. 21-2-10435-1 SEA and the related arbitration proceeding pending before the American Arbitration Association ("Underlying Lawsuit").

IT IS SO ORDERED.

DATED this 25th day of September, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

MURPHY ARMSTRONG & FELTON LLP

By: */s/ James P. Murphy*
James P. Murphy, WSBA #18125
719 Second Avenue
Suite 701
Seattle, WA 98104
T/206.985.9770  F/206.985.9790
jpm@maflegal.com

*Attorney for Plaintiff Endurance American Specialty Insurance Company*

DECLARATORY JUDGMENT AGAINST HOMEOWNER DEFENDANTS - 4

MURPHY ARMSTRONG & FELTON LLP
719 Second Avenue
Suite 701
Seattle, WA 98104
T/206-985-9770  F/206-985-9790

**CERTIFICATE OF SERVICE**

I hereby certify and declare that on September 25, 2023, I electronically filed the foregoing,

[PROPOSED] DECLARATORY JUDGMENT AGAINST HOMEOWNER DEFENDANTS,

with the Clerk of the Court via the CM/ECF system, which will send notification to the following counsel:

John P. Zahner
Foster Garvey PC
1111 Third Avenue, Suite 3000
Seattle, Washington 9810-3296
T/206.447.4400 F/206.447.9700
jack.zahner@foster.com

*Attorney for Defendant*
*Laer Enterprises, Inc.*

DATED at Seattle, Washington, this 11th day of September, 2023.

By: */s/ Angelina Hernandez*
Angelina Hernandez, Paralegal

DECLARATORY JUDGMENT AGAINST HOMEOWNER DEFENDANTS - 5

MURPHY ARMSTRONG & FELTON LLP
719 Second Avenue
Suite 701
Seattle, WA 98104
T/206-985-9770  F/206-985-9790