THE HONORABLE RICARDO MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY, a Delaware Corporation,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br><br>EVOLUTION SIDE, LLC, a Washington limited liability company; LAER ENTERPRISES, INC., a Washington corporation; KENTON SCHUMACHER, a Washington resident; MADALYN HORN, a Washington resident; JENNIFER LALLY, a Washington resident; BRANDON & MICHELLE CONNOR, Washington residents; MIKE NETTEKOVEN, a Washington resident; NOAH MANN, a Washington resident; STACEY MCGRATH, a Washington resident; JENNIFER ELLSWORTH-BOESL, a Washington resident; STORM WENDT, a Washington resident; DAVID BALDWIN, a Washington resident; TROY RUNNER, a Washington resident; TRAVIS REANO, a Washington resident; DEREK TULLUCK, a Washington resident; RHONDA & JEFF SAWYER, Washington residents; JENNIFER BROADBENT, a Washington resident; ALI JONES & JULIO VALDEZ, Washington residents; JOHN KENNEDY, a Washington resident; ALEX CORRAL & KELSIE TROTIGNON, a Washington resident; | No. 2:23-cv-00365-RSM<br><br>STIPULATED MOTION TO DISMISS ALL CLAIMS WITH PREJUDICE AND PROPOSED ORDER<br><br>**NOTE ON MOTION CALENDAR: JULY 25, 2024** |

STIPULATED MOTION TO DISMISS ALL CLAIMS AND PROPOSED ORDER - 1

**MURPHY ARMSTRONG FIRM, LLP**
719 Second Avenue
Suite 701
Seattle, WA 98104

T/206-985-9770  F/206-985-9790

| | | |
|---|---|---|
| 1 | CYNTHIA & JOSHUA BAUER, Washington residents; RICKY & MADISON HALL, | ) ) |
| 2 | Washington residents; LARRY PAGUE, a Washington resident; JULIE ACHESON, a | ) ) |
| 3 | Washington resident; JENNIFER WHITE, a Washington resident; STEPHEN HANNAN, a | ) ) |
| 4 | Washington resident; ANNIE NAHON, a Washington resident; TEMASWATI | ) ) |
| 5 | JOHNSTON, a Washington resident; AMIR MOUSAVI, a Washington resident; TYLER | ) ) |
| 6 | GOLD, a Washington resident; NOEL TEVES, a Washington resident; TERESA | ) ) |
| 7 | RODMAN, a Washington resident; IVAN NGAUAMO, a Washington resident; | ) ) |
| 8 | ANDREW & DIANE MORTAGNE, Washington residents; BRIAN HELLESTO, a | ) ) |
| 9 | Washington resident; VERNON BRANCO, a Washington resident; LAUREN BICKFORD, | ) ) |
| 10 | a Washington resident, JOSHUA & JOHANNA SUMMERS, Washington | ) ) |
| 11 | residents; RON BOCCA, a Washington resident; JOSHUA DOERING, a Washington | ) ) |
| 12 | resident; KELLY ROBINSON, a Washington resident; KEN CUNNINGHAM, a | ) ) |
| 13 | Washington resident; PATRICK BROOKE, a Washington resident; NATE MOWRY, a | ) ) |
| 14 | Washington resident; TREVOR ANDERSON, a Washington resident; DEBRA SILVER, a | ) ) |
| 15 | Washington resident; TODD GRIFFEN, a Washington resident; RONDA BOYD, a | ) ) |
| 16 | Washington resident; GARY MAGREEHAN, a Washington resident; KRISTEN & ALEX | ) ) |
| 17 | HALL, Washington residents; CALEB HARRIS, a Washington resident; KIERAN | ) ) |
| 18 | HUNT, a Washington resident; LINDSEY CALDERWOOD, a Washington resident; | ) ) |
| 19 | CATHY KOMBOL, a Washington resident; REBEKAH ENGEBO, a Washington resident; | ) ) |
| 20 | GABRIELLA MANCILLA, a Washington resident; BRIAN & ANISSA REGO, | ) ) |
| 21 | Washington residents; KATIE MIKESELL, a Washington resident; TROY SALISBURY & | ) ) |
| 22 | JESSICA MATIAS, Washington residents; GREG & TIFFANY HOPKINS, Washington | ) ) |
| 23 | residents; RENE LOPEZ RIVERA, a Washington resident; ETHAN | ) ) |
| 24 | SCHIERENBECK, a Washington resident; JUDY PRENOVOST, a Washington resident; | ) ) |
| 25 | ALYSSA MERCER, a Washington resident; SETH & CASSIE POHLMAN, Washington | ) ) |
| 26 | residents; SHELLY VEAZEY, a Washington resident; TANYA EVANS, a Washington | ) ) |

STIPULATED MOTION TO DISMISS ALL CLAIMS AND PROPOSED ORDER - 2

MURPHY ARMSTRONG FIRM, LLP
719 Second Avenue
Suite 701
Seattle, WA 98104
T/206-985-9770  F/206-985-9790

resident; ADAM POHLMAN, a Washington resident; ARDEN BARDEN, a Washington resident; IRIS PALLER-MILNE, a Washington resident; JEFF & KATHERINE POTASKY, Washington residents; RYAN HILDEBRAND, a Washington resident; MIKE & SANDY O'HARA, Washington residents; ANTONIO GENSON, a Washington resident,

    Defendants.

Plaintiff Endurance American Specialty Insurance Company ("Endurance") and Defendant/Counterclaimant Laer Enterprises, Inc. ("Laer") through their attorneys agree to and jointly move the Court for entry of an order dismissing all remaining claims in this case in their entirety with prejudice and without an award of costs or attorneys' fees to any party.

A proposed order accompanies this stipulated motion.

DATED this 25th day of July, 2024.

MURPHY ARMSTRONG & FELTON LLP

By: */s/ James P. Murphy*
James P. Murphy, WSBA #18125
719 Second Avenue
Suite 701
Seattle, WA 98104
T/206.985.9770  F/206.985.9790
jpm@maflegal.com

*Attorney for Plaintiff Endurance American Specialty Insurance Company*

FOSTER GARVEY, PC

By: */s/ John P. Zahner (email auth. 7/23/2024)*
John P. Zahner, WSBA #24505
Foster Garvey PC
1111 Third Avenue, Suite 3000
Seattle, Washington 98101-3296
T/206.447.4400  F/206.447.9700
jack.zahner@foster.com
*Attorney for Laer Enterprises, Inc.*

STIPULATED MOTION TO DISMISS ALL CLAIMS AND PROPOSED ORDER - 3

MURPHY ARMSTRONG FIRM, LLP
719 Second Avenue
Suite 701
Seattle, WA 98104
T/206-985-9770  F/206-985-9790

**ORDER**

This matter, having come before the Court on the foregoing stipulation, and the Court finding good cause, hereby orders that this case is dismissed with prejudice and without an award of costs or attorneys' fees to any party. The Clerk is directed to close this case.

DATED this 29th day of July, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO DISMISS ALL CLAIMS AND PROPOSED ORDER - 4

MURPHY ARMSTRONG FIRM, LLP
719 Second Avenue
Suite 701
Seattle, WA 98104
T/206-985-9770  F/206-985-9790

**CERTIFICATE OF SERVICE**

I hereby certify and declare that on July 29, 2024, I electronically filed the foregoing

1. STIPULATED MOTION TO DISMISS ALL CLAIMS AND PROPOSED ORDER

with the Clerk of the Court using the CM/ECF system, which will send notification to the following counsel:

> John P. Zahner
> Foster Garvey PC
> 1111 Third Avenue, Suite 3000
> Seattle, Washington 98101-3296
> T/206.447.4400 F/206.447.9700
> jack.zahner@foster.com

DATED at Seattle, Washington, this 25th day of July 2024.

By: */s/ David Kassissieh*
David Kassissieh, Paralegal

STIPULATED MOTION TO DISMISS ALL CLAIMS AND PROPOSED ORDER - 5

**MURPHY ARMSTRONG FIRM, LLP**
719 Second Avenue
Suite 701
Seattle, WA 98104
T/206-985-9770  F/206-985-9790